| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Yeakel III, Earl L. | 2. Court or Organization District Court, W.D Texas | 3. Date of Report 05/17/2010 |
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) U.S District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address United States Courthouse 200 West 8th Street Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 Trustee & Vice Chairman | Theodore Roosevelt Association |
| 2. Trustee & Vice Chairman | Austin Rotary Club Foundation |
| 3 Member | University of Texas Longhorn Foundation Advisory Council |
| 4 Member | Texas Commission on Uniform State Laws |
| 5 Member | National Conference of Commissioners on Uniform State Laws |
| 6 Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 7 Executive Committee Member | Robert W Calvert Chapter, American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income )*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | State Bar of Texas - Salary |
| 2. 2009 | Employees Retirement System of Texas - Retirement |
| 3 | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.* *(Includes those to spouse and dependent children. see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements )*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | National Conference of Commissioners on Uniform State Laws | January 28-31, 2009 | New Orleans, Louisiana | Committee on Style | Transportation, Meals, & Lodging |
| 2 | National Conference of Commissioners on Uniform State Laws | April 29-May 3, 2009 | Chicago, Illinois | Committee on Style | Transportation, Meals, & Lodging |
| 3. | State Bar of Texas | May 15, 2009 | Dallas, Texas | Federal Court Practice Seminar | Transportation |
| 4. | State Bar of Texas | July 22-25, 2009 | Incline Village, Nevada | 5th Annual Advanced Patent Litigation Course | Transportation, Meals, & Lodging |
| 5 | National Conference of Commissioners on Uniform | September 9-13, 2009 | Chicago Illinois | Committee on Style | Transportation, Meals & Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Yeakel III. Earl L. | 05/13/2010 |

State Laws

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Campbell University | September 22-24, 2009 | Raleigh, North Carolina | Norman Adnan Wiggins School of Law Professionalism Lecture | Transportation, Meals, & Lodging |
| 7 | National Conference of Commissioners on Uniform State Laws | November 20, 2009 | Chicago, Illinois | Committee to Revise NCCUSL Drafting Process | Transportation & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children, see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities )*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prosperity Bank | Line of Credit | K |
| 2. | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | SCH Common Stock | A | Dividend | J | T | | | | | |
| 2. | CVX Common Stock | B | Dividend | L | T | | | | | |
| 3. | C Common Stock | A | Dividend | J | T | | | | | |
| 4 | DELL Common Stock | | None | K | T | | | | | |
| 5. | XOM Common Stock | A | Dividend | K | T | | | | | |
| 6 | F Common Stock | | None | J | T | | | | | |
| 7. | JPM Common Stock | A | Dividend | K | T | | | | | |
| 8. | MSFT Common Stock | A | Dividend | J | T | | | | | |
| 9 | Rogers Communications, Inc Class B Common Stock | A | Dividend | J | T | | | | | |
| 10. | Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 11 | LUV Common Stock | A | Dividend | L | T | | | | | |
| 12 | SPND.OB Common Stock | | None | J | T | | | | | |
| 13 | DIS Common Stock | A | Dividend | J | T | | | | | |
| 14 | Fidelity Blue Chip Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 15 | Fidelity China Region Mutual Fund | A | Dividend | J | T | | | | | |
| 16 | Fidelity New Millennium Mutual Fund | A | Dividend | J | T | | | | | |
| 17. | Fidelity Municipal Money Market Mutual Fund | A | Interest | J | T | Buy<br>(add'l) | 06/29/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2 501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100 001 - $1,000,000 | H1 =$1,000 001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100 000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000 001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 09/19/09 | J | | |
| 19. | Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 12/14/09 | J | | |
| 20 | Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 12/24/09 | J | | |
| 21 | Fidelity Municipal Money Market Mutual Fund | | | | | Sold (part) | 12/28/09 | K | A | |
| 22. | Fidelity US Gov't Reserves Mutual Fund | A | Dividend | L | T | | | | | |
| 23 | Vanguard Prime Money Market Mutual Fund | A | Dividend | K | T | | | | | |
| 24. | Prosperity Bank (CD) | B | Interest | L | T | | | | | |
| 25 | Prosperity Bank (CD) | A | Interest | K | T | Buy | 12/28/09 | K | | |
| 26 | Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 27. | Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 28. | Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 29 | Wells Fargo Bank (Savings) | B | Interest | L | T | | | | | |
| 30 | Calamos Growth & Income - A (Mutual Fund) | B | Dividend | L | T | | | | | |
| 31. | Capital World Growth & Income (Mutual Fund) | B | Dividend | L | T | | | | | |
| 32. | IShares TR S&P Small Cap 600 Index (Mutual Fund) | A | Dividend | K | T | | | | | |
| 33 | Thornberg Global Opportunites Class A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 34 | Thornberg Investment Inc. Builder A (Mutual Fund) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div., rent.<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g .<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. FPA Capital (Mutual Fund) | A | Dividend | L | T | | | | | |
| 36. DWS Dreman High Return Equity Fund Class A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 37. Prime Money Market Fund (Mutual Fund)-See Note | A | Dividend | K | T | | | | | |
| 38 Brownwood TX ISD GO Bond (Tax Exempt Bond) | B | Interest | K | T | | | | | |
| 39 Fed. Treas Ob Inst. Fund #68 (Mutual Fund) | A | Dividend | | | Redeemed | 01/14/09 | K | A | |
| 40. Federal Gov't Obl Tax Mgd Fund #636 | A | Dividend | J | T | Buy | 01/14/09 | J | | |
| 41 Federal Home Loan Mortgage Corp 2 50% Note | A | Interest | K | T | Buy | 01/26/09 | K | | |
| 42. Federal Home Loan Mortgage Association (Note) | A | Interest | | | Redeemed | 04/13/09 | K | A | |
| 43 Federal Home Loan Bank 3/13% Note | A | Interest | K | T | Buy | 04/22/09 | K | | |
| 44. Federal Home Loan Mortgage Corp (Note) | A | Interest | | | Redeemed | 02/24/09 | K | A | |
| 45. Federal Home Loan Mortgage Corp. 3 00% Note | A | Interest | K | T | Buy | 05/04/09 | K | | |
| 46 Denton, Texas ISD-PSF (Tax Exempt Bond) | A | Interest | J | T | | | | | |
| 47 Introgen Theraputics Inc | | None | J | T | | | | | |
| 48. Lynas Corp Ltd. | | None | J | T | | | | | |
| 49 United States Series I Savings Bonds | | None | J | T | | | | | |

1 Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2 500   C =$2 501 - $5,000   D =$5,001 $15 000   E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100 000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000 000   H2 =More than $5,000,000
2 Value Codes   J =$15 000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1 000,001 - $5,000 000   P2 =$5,000,001 - $25,000 000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50 000,000
3 Value Method Codes   Q -Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  (See Column C2)   U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, Item 37. Complete name is Prime Money Market Fund RBC Investor Class This fund was previously named Tamarack Investment Funds Prime Money Market and so designated on previous reports

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E
Washington, D.C. 20544